UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARK HANNA** | **CIVIL ACTION NO. 3:15-cv-1032** |
|     **LA. DOC #132872** | |
| **VS.** | **SECTION P** |
| | **JUDGE S. MAURICE HICKS** |
| **SHERIFF STEVE PRATOR** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITHOUT PREJUDICE** for failing to properly exhaust available State court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this  8th  day of  January , 2016.

_____
**S. MAURICE HICKS**
**UNITED STATES DISTRICT JUDGE**